UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-three,

_____

| | |
|---|---|
| Hong Mai, | **ORDER** |
| | Docket No. 23-852 |
| Petitioner' | |
| v. | |
| New York Office of Temporary and Disability Assistance, New York City Health and Hospital Corporation, Bellevue Hospital, | |
| Respondents. | |

_____

On May 01, 2001 this Court entered an order in Mai v. Doe 00-9323 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective June 23, 2023 unless a motion seeking leave of this Court is filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court